UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

JAMES MICHAEL JONES,

Debtor.   No. 7-05-12357 MA

**DEFAULT ORDER GRANTING STATES RESOURCES' MOTION
TO REQUIRE TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

This matter having come before the Court upon States Resources' (Creditor) Motion to Require Trustee to Abandon Property of the Estate, filed February 26, 2008, and no objections having been filed, the Court finds the motion is well-taken.

The Court finds that the following-described real property commonly known as 9700 Trumbull Avenue SE, Albuquerque, NM 87123, Bernalillo County ("Trumbull property") is of inconsequential value and benefit to the estate:

> Lots numbered One (1), Two (2), Three (3), Seven (7), Eight (8), Nine (9), Ten (10) and the Westerly Twenty-nine feet (Wly. 29') of Lot numbered Four (4) in Block numbered Twenty-six (26) of SKYLINE HEIGHTS, a Subdivision of the City of Albuquerque, New Mexico, as the same are shown and designated on the Plat filed in the office of the County Clerk of Bernalillo County, New Mexico, on November 18, 1946, recorded in Vol. B1, Folio 112, records of Bernalillo County, New Mexico;
>
> also known as:
>
> Tract lettered "A" in Block numbered 26 of the Plat of Tracts "A" and "B," Block 26, Skyline Heights, Albuquerque, New Mexico, as the same is shown and designated on the plat thereof, filed in the Office of the County Clerk of Bernalillo

County, New Mexico, on March 1, 1990, in Plat Book 90C, Page 54.

IT IS THEREFORE ORDERED that the Trustee is deemed to have abandoned the Trumbull property and it no longer is property of the Estate. The Trustee's interest in the Trumbull property is hereby re-vested in James Michael Jones.

_____
The Honorable Mark McFeeley
U.S. Bankruptcy Judge

Entered on Docket Date: 4/7/08

Submitted by:

SCOTT & KIENZLE, P.A.


By: Resubmitted by email 4/4/2008
    Duncan Scott
    Attorney for States Resources
    Box 587
    Albuquerque, NM 87103-0587
    505/246-8600; FAX: 246-8682
    Dscott1061@aol.com




I certify that this pleading
was faxed to:

    Linda S Bloom, Esq.
    Attorney for Debtor Michael Jones
    P.O. Box 218
    Albuquerque, NM 87103-0218
    505-764-9600; FAX 243-2332
    lbloom@spinn.net

```
Michael J Capelan, Esq.
Chapter 7 Trustee
827 E Santa Fe Ave
Grants, NM 87020-2458
505-287-8891;  FAX 285-6909
michaelcaplanlaw@qwest.net

Darryl W. Millet, Esq. (courtesy copy)
Albuquerque Advocates, P.C.
Attorneys for Enchantment Jewelry and
James Michael Jones in state lawsuit
6605 Uptown Blvd. NE Suite 330
Albuquerque, NM 87110
(505) 830-2020; FAX 881-2125

Alan R. Wilson, Esq. (courtesy copy)
Wilson Law Firm, P.C.
Attorneys for Jerry Mother
and John McClintic in state lawsuit
8205 Spain Road NE, Suite 203
Albuquerque, NM 87109
(505) 828-4804; FAX 828-4802
Awilson@mwp-law.com

United States Trustee
P.O. Box 608
Albuquerque, NM 87103-0608
(505) 248-6548; FAX: 248-6558
```

on this 4th day of April, 2008.

<u>Submitted electronically  4/4/2008</u>
Duncan Scott